UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

      Plaintiff,

  v.

ALLEN C. HASSAN, M.D., INC.,
et al.,

      Defendants.

NO. CIV. S-08-1314 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Set Aside Default is continued to March 6, 2009, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than February 20, 2009. The Defendants may file and serve a reply on or before February 27, 2009.

    2.   Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 78-230(c).

///

    3.   Plaintiff shall file his response to the order to show cause on or before February 20, 2009.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motion to Set Aside Default.

    IT IS SO ORDERED.

DATED: January 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2