UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,

  v.

ALLEN C. HASSAN, MD, INC., Individually and dba ALLEN C. HASSAN, MD, ALLEN C. HASSAN

        Defendants.

NO. CIV. 2:08-cv-1314 FCD KJM

ORDER

----oo0oo----

This matter is before the court on defendants Allen C. Hassan, MD and Allen C. Hassan, MD, Inc.'s motion to set aside the Clerk's Entry of Default on August 29, 2008. Plaintiff Scott N. Johnson does not oppose the motion. After a review of the parties' submissions and in light of plaintiff's non-opposition, defendants' motion to set aside entry of default is GRANTED.

IT IS SO ORDERED.

DATED: February 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE