1  **Joseph H. Marman, Esq.**  (SBN 129517)
Law Office of Joseph H. Marman
2  8421 Auburn Blvd., Suite 145
Citrus Heights, CA  95610-0394
3  (916) 721-3324
Fax    721-3633
4

5  Attorney for Defendants ALLEN C. HASSEN, et al.,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,   Plaintiff,<br><br>   vs.<br><br>ALLEN C. HASSAN, MD,  INC. individually, and dba ALLEN C. HASSAN, M.D.; ALLEN C. HASSAN,     Defendants | Case No. 2:08-CV-01314-FCD-KJM<br><br>ORDER FOR SUBSTITUTION OF ATTORNEYS<br>[LOCAL RULE 182, (Fed. R. Civ. P. 83)] |

PLEASE TAKE NOTICE that the above defendants will now take over the handling of their own defense.  Defendant Allen Hassan as an attorney at law asserts that he is capable of representing himself and his related business entities.  Defendants' address is 2933 El Camino Ave., Sacramento, CA 95821 (916) 971-3900.   I consent to this Substitution of Attorneys

Dated:                                                          ___/s/_____

Allen C. Hassan, individually and for Defendants Allen C. Hassan, MD, Inc. and dba Allen C. Hassan, M.D.

LAW OFFICE OF JOSEPH H. MARMAN

Dated: January 4, 2010

by __/s/_____

Joseph H. Marman, Attorney for Defendant

**IT IS SO ORDERED.**

Dated: January 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE