IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

vs.

ALLEN HASSAN, M.D., Inc., et al.,

      Defendants.

No. CIV S-08-1314 KJM EFB

ORDER

/

This case was on calendar on April 27, 2011 for a status conference. Scott Johnson and Allen Hassan appeared personally, both acting in pro per.

The parties' joint statement of stipulated facts is due within twenty-eight days of the date of this order; hearing on the stipulated facts is set for July 13, 2011 at 10:00 a.m.

The case is set for settlement conference before the Honorable Gregory G. Hollows, Magistrate Judge, on August 3, 2011 at 9:00 a.m.

The case is set for jury trial on September 12, 2011 at 9:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: April 28, 2011.

UNITED STATES DISTRICT JUDGE

2/john1314.ts

1