SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Allen C. Hassan M.D., Inc. et al       Defendants | Case No. **2:08-cv-01314-KJM-EFB**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON STIPULATED FACTS AND CONTINUANCE OF JOINT STATEMENT OF STIPULATED FACTS**<br><br>Hearing Date: July 13, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3 |

The parties hereby requests a continuance on the Hearing regarding stipulated facts currently set for July 13, 2011 at 10:00 a.m. The parties are requesting that the statement and its related hearing be held after the settlement conference which is currently scheduled for August 3, 2011. Plaintiff's legal assistant has spoken to

STIPULATION AND ORDER TO CONTINUE HEARING ON STIPULATED FACTS AND CONTINUANCE

OF JOINT STATEMENT OF STIPULATED FACTS

CIV: 2-08-cv-01314-KJM-EFB - 1

Judge Muller's courtroom deputy Casey Schultz who indicated that September 28, 2011 was currently open.

Dated: May 20, 2011         /s/Scott N. Johnson
                            Scott N. Johnson,
                            Attorney for Plaintiff


Dated: May 20, 2011         /s/Allen C. Hassan
                            Allen C. Hassan
                            Defendant


**ORDER**

IT IS HEREBY ORDERED THAT the Hearing on Stipulated Facts is continued to September 28, 2011.

IT IS HEREBY ORDERED THAT the joint statement regarding stipulated facts is due on August 31, 2011.

The jury trial is RESET from September 12, 2011 to November 28, 2011 at 9:00 a.m.

The court does not contemplate continuing these dates further.

Date:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING ON STIPULATED FACTS AND CONTINUANCE OF JOINT STATEMENT OF STIPULATED FACTS

CIV: 2-08-cv-01314-KJM-EFB - 2