IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                      No.  CIV-S-08-1314 KJM CKD

    vs.

ALLAN HASSAN, M. D.,

        Defendant.                  ORDER

_____/

        The parties to the above case met in settlement before the undersigned on August 3, 2011.  Appearances were placed on the record.  The case settled and the terms of settlement were placed on the record.  All previously scheduled dates in this case are vacated.  One of the terms of settlement agreed upon required dismissal with prejudice of the complaint and counterclaim in this case.  Plaintiff shall file a dismissal in the form indicated below within thirty days of August 3, 2011:

////

////

////

////

////

1

1
2   Pursuant to the terms of settlement placed on the record on August
    3, 2011, the parties agreed that the complaint and counterclaim in
3   this action be dismissed with prejudice.  Therefore, this entire
    action, including the counterclaim, is dismissed with prejudice.  The
4   court has retained jurisdiction for a period of two years from
    October 2, 2011 to enforce the terms of settlement.
5
        Dated:
6                                        _____
                                         KIMBERLY J. MUELLER
7                                        U.S. DISTRICT JUDGE

8       IT IS SO ORDERED.

9   DATED: August 3, 2011
                                          /s/ Gregory G. Hollows
10                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26