SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>         Plaintiff,<br><br>   vs.<br><br>Allen C. Hassan M.D., Inc., Individually and d/b/a Allen C. Hassan M.D.; Allen C. Hassan,<br><br><br>         Defendants | Case No.: CIV.S 08-cv-01314-KJM-CKD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br><br>Complaint Filed:  June 11, 2008 |
| Allen C. Hassan M.D., Inc.<br><br>         Counter Claimant,<br><br>   vs.<br><br>Scott N. Johnson<br><br><br>         Counter Defendant | |

1
STIPULATION OF DISMISSAL; ORDER Case No: 2:08-cv-01314-KJM-EFB

1  The parties hereto stipulate as follows:

2  The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement is part of the Court's record which was held on August 3, 2011, before Magistrate Judge Gregory G. Hollows.[1]

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth herein. The parties request the Court to retain jurisdiction for two and a half years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to enforce the terms of the Settlement Agreement.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for two and a half years from October 2, 2011.

Dated: August 11, 2011                    DISABLED ACCESS PREVENTS INJURY, INC.

/s/Scott N. Johnson_____
SCOTT N. JOHNSON,
Plaintiff/Counter Defendant

Dated: August 12, 2011

/s/Allen C. Hassan_____
ALLEN C. HASSAN,
Defendant/Counter Claimant

---

[1] The court notes that the transcript of the proceeding memorializing the settlement agreement's terms appears at ECF 67.

1         The court having reviewed the settlement agreement reached on the record, and

2 good cause appearing, **IT IS SO ORDERED**.

3

4 DATED: August 26, 2011.

_____
UNITED STATES DISTRICT JUDGE